United States District Court
Southern District of Texas
**ENTERED**
November 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ADALBERTO ZANES-FABIAN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-01044 |
| | § | |
| FRANCISCO VENEGAS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Before this Court are Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"). Respondents notify the Court that voluntary departed the United States on October 30, 2026. Dkt. No. 8 at 1. For this reason, Petitioner's Petition (Dkt. No. 1) is **DISMISSED** sua sponte.

The case-or-controversy requirement must subsist through all stages of federal judicial proceedings. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). Otherwise, the action is moot, and the court is stripped of jurisdiction. Here, Petitioner's voluntary departure renders the Petition moot because he is no longer in detention. Consequently, there is no longer a live case or controversy for this Court to resolve.

Accordingly, Petitioner's Petition (Dkt. No. 1) is hereby **DISMISSED** sua sponte. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this November 23, 2026

Rolando Olvera
United States District Judge